# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OCTAVIO NOE SALAZAR SEGURA,<br><br>    Plaintiff,<br><br>  v.<br><br>UR MENDOZA JADDOU, et al.,<br><br>    Defendants. | CASE NO. **2:23-cv-01528-JHC**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis, Dkt. 1, is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 5th day of October, 2023.

                                                  _____
                                                BRIAN A. TSUCHIDA
                                                United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1