District Judge John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OCTAVIO NOE SALAZAR SEGURA,<br><br>Plaintiff,<br><br>v.<br><br>UR MENDOZA JADDOU, *et al.*,<br><br>Defendants. | No. 2:23-cv-1528-JHC<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER<br><br>Noted for Consideration on:<br>November 17, 2023 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for 30 days. Plaintiff brings this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to compel action on her and her derivative spouse's Form I-918s, Applications for U Nonimmigrant Status, and Form I-765s, Applications for Employment Authorization. For good cause, the parties request that the Court hold this case in abeyance until January 10, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION     - 1
(23-cv-1528-JHC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has requested Plaintiff's file from off-site storage. Once the adjudication officer has received the file, USCIS anticipates processing Plaintiff's application. Accordingly, the parties respectfully request that the instant action be stayed until January 10, 2024. The parties will submit a joint status report on or before January 10, 2024.

Dated: November 17, 2023                                    Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

 s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

***I certify that this memorandum contains 236 words, in compliance with the Local Civil Rules.***

s/Katherine H. Rich
KATHERINE H. RICH, WSBA#46881
Rich Immigration PC
1207 N. 200th Street, Suite 214b
Shoreline, Washington 98133
Phone: 206-853-4073
Email: katherine@richimmigration.com
*Attorney for Plaintiff*

STIPULATED MOTION          - 2
(23-cv-1528-JHC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

The case is held in abeyance until January 10, 2024. The parties shall submit a joint status report on or before January 10, 2024. It is so **ORDERED**.

DATED this 20th day of November, 2023.

*John H. Chun*
JOHN H. CHUN
United States District Judge

STIPULATED MOTION       - 3
(23-cv-1528-JHC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970