District Judge John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OCTAVIO NOE SALAZAR SEGURA,<br><br>Plaintiff,<br><br>v.<br><br>UR MENDOZA JADDOU, *et al.*,<br><br>Defendants. | No. 2:23-cv-1528-JHC<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for Consideration on:<br>January 8, 2024 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until March 15, 2024. Plaintiff brings this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to compel action on her and her derivative spouse's Form I-918s, Applications for U Nonimmigrant Status, and Form I-765s, Applications for Employment Authorization. For good cause, the parties request that the Court hold this case in abeyance until May 6, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION      - 1
23-cv-1528-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has issued a Request for Evidence ("RFE") to Plaintiff concerning the applications. Plaintiff has until April 4, 2024, to respond to the RFE. USCIS must receive and review this response before continuing with the processing of her applications. Accordingly, the parties respectfully request that the instant action be stayed until May 6, 2024. The parties will submit a joint status report on or before May 6, 2024.

Dated: January 8, 2024

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

***I certify that this memorandum contains 256 words, in compliance with the Local Civil Rules.***

*s/Katherine H. Rich*
KATHERINE H. RICH, WSBA#46881
Rich Immigration PC
1207 N. 200th Street, Suite 214b
Shoreline, Washington 98133
Phone: 206-853-4073
Email: katherine@richimmigration.com
*Attorney for Plaintiff*

STIPULATED MOTION - 2
23-cv-1528-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The case is held in abeyance until May 6, 2024. The parties shall submit a joint status report on or before May 6, 2024. It is so **ORDERED**.

DATED this 8 day of January, 2024.

*John H. Chun*

JOHN H. CHUN
United States District Judge